**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| TOOLGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERTEX PHARMACEUTICALS, INC., | ) | Civ. Action No.:1:25-cv-13441 |
| VERTEX PHARMACEUTICALS | ) | |
| (CANADA) INCORPORATED, VERTEX | ) | |
| PHARMACEUTICALS (EUROPE) | ) | **JURY TRIAL DEMANDED** |
| LIMITED, VERTEX | ) | |
| PHARMACEUTICALS (IRELAND) | ) | |
| LIMITED, CRISPR THERAPEUTICS | ) | |
| AG, CRISPR THERAPEUTICS INC., | ) | |
| LONZA GROUP AG, LONZA | ) | |
| NETHERLANDS B.V., ROSLIN CELL | ) | |
| THERAPIES LIMITED, ROSLINCT US | ) | |
| HOLDINGS, LLC, CHARLES RIVER | ) | |
| LABORATORIES INC., AND BIOMAY | ) | |
| AG | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, ToolGen, Inc. ("Plaintiff"), and Defendants Vertex Pharmaceuticals, Inc., Vertex Pharmaceuticals (Canada) Incorporated, Vertex Pharmaceuticals (Europe) Limited, Vertex Pharmaceuticals (Ireland) Limited, CRISPR Therapeutics AG, CRISPR Therapeutics Inc., Lonza Group AG, Lonza Netherlands B.V., Roslin Cell Therapies Limited, RoslinCT US Holdings, LLC and Biomay AG (collectively "Defendants"), hereby move for an extension of time (until April 1, 2026) for all Defendants to answer or respond to Plaintiff's Complaint.

As grounds for this motion, the parties state as follows:

1. Plaintiff filed its Complaint on November 18, 2025. In addition to U.S. Defendants, the complaint includes seven Defendants, which are foreign entities.

2.      Having a single deadline for all Defendants to answer or respond to Plaintiff's Complaint is efficient, including because it would put all Defendants on the same timeline and because it would obviate the need for Plaintiff to undertake the time and expense of serving foreign entity Defendants in accordance with the Hague Service Convention.

3.      By filing this motion no Defendant is consenting to the jurisdiction of this Court and Defendants expressly reserve all jurisdictional defenses.  Nor, by filing this motion, does Plaintiff waive any of its defenses or arguments, including in response to the answers or responses Defendants will file to the Complaint.

**WHEREFORE**, for the aforementioned reasons, the parties respectfully request that the Court grant an extension of time, until April 1, 2026, within which all of Defendants may answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/  Lisa Tittemore* | */s/  Benjamin Stern* |
| Lisa Tittemore (BBO # 567941) | Benjamin Stern (BBO # 646778) |
| Sunstein LLP | Nutter, McClennen & Fish, LLP |
| 100 High Street | 155 Seaport Blvd. |
| Boston, MA 02110-2321 | Boston, MA 02210 |
| Tel.: 617.692.2327 | Tel.: 617.439.2100 |
| ltittemore@sunsteinlaw.com | bstern@nutter.com |

*Counsel for Defendants Vertex Pharmaceuticals, Inc.,*
*Vertex Pharmaceuticals (Canada) Incorporated,*
*Vertex Pharmaceuticals (Europe) Limited,*
*Vertex Pharmaceuticals (Ireland) Limited,*
*Lonza Group AG, Lonza Netherlands B.V.,*
*Roslin Cell Therapies Limited,*
*RoslinCT US Holdings, LLC and Biomay AG*

*Counsel for Plaintiff ToolGen, Inc.*

/s/ Joseph L. Stanganelli
Joseph L. Stanganelli (BBO #628958)
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA  02110
T:  617-274-2900
F:  617-722-6003
jstanganelli@barclaydamon.com

*Counsel for Defendants CRISPR Therapeutics AG
and CRISPR Therapeutics Inc.*

Dated:  December 19, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 19, 2025, I electronically filed the foregoing with the

Clerks' Office using the Court's CM/ECF system, which will send notification of this filing

(NEF) to all registered participants, and paper copies will be sent to those indicated as

nonregistered participants.

/s/ Lisa Tittemore
Lisa Tittemore