# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOOLGEN, INC., | ))) | |
| Plaintiff, | ))) ))) | |
| v. | ))) ))) ) | Civ.A.No.:  1:25-cv-13441 |
| VERTEX PHARMACEUTICALS, INC., VERTEX PHARMACEUTICALS (CANADA) INCORPORATED, VERTEX PHARMACEUTICALS (EUROPE) LIMITED, VERTEX PHARMACEUTICALS (IRELAND) LIMITED, CRISPR THERAPEUTICS AG, CRISPR THERAPEUTICS INC., LONZA GROUP AG, LONZA NETHERLANDS B.V., ROSLIN CELL THERAPIES LIMITED, ROSLINCT US HOLDINGS, LLC, CHARLES RIVER LABORATORIES INC., AND BIOMAY AG | ) ) ) ) ))) ) | **JURY TRIAL DEMANDED** |
| Defendants. | | |

# DECLARATION OF KERSTIN DOLPH ON BEHALF OF CHARLES RIVER LABORATORIES INC.

I, Kerstin Dolph, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am currently employed by Charles River Laboratories Inc. ("Charles River") as Senior Vice President, Manufacturing, I have been employed by Charles River in various capacities since February 2001.

2. I submit this Declaration on behalf of Charles River.

3. I have personal knowledge of the facts contained in this Declaration due to my first-hand participation or observation and/or my review of documents related to this matter.

4. Effective on April 19, 2024, Charles River entered into a commercial supply agreement with Vertex Pharmaceuticals, Inc. ("Vertex Inc.") by which Charles River would manufacture exagamglogene autotemcel gene therapy product ("Casgevy®") for Vertex Inc. for various markets, including the U.S. and Europe.

5. On December 8, 2023, Charles River received regulatory approval from the Food and Drug Administration ("FDA") and the Health Products Regulatory Authority (HPRA), on behalf of the European Medicines Agency (EMA), to manufacture Casgevy® at its Memphis, Tennessee facility.

6. Under the terms of its commercial supply agreement with Vertex, Inc., Charles River manufactured Casgevy® for

Vertex Inc. at Charles River's Memphis, Tennessee facility during the period of April 19, 2024 through June 30, 2025.

7. Charles River and Vertex Inc. contractually terminated their commercial supply agreement effective June 30, 2025.

8. As of June 30, 2025, Charles River permanently ceased all manufacture of Casgevy® under the commercial supply agreement, and no longer manufactures Casgevy® for Vertex Inc., nor for any of Vertex Inc.'s subsidiaries, affiliates, or related entities for any market and for any reason.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2025

_____

Kerstin Dolph

2 = 2 1 01 * 1 = 11 = 1 1 011 = 1 76525047652504